UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH ROLLING CLOUD,<br><br>    Plaintiff,<br><br> vs.<br><br>J. DAVID DONAHUE, et al.,<br><br>    Defendants. | 1:06-cv-1330-SEB-VSS |

# E N T R Y

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to pay the initial partial filing fee as directed in the Entry entered on November 6, 2006.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 01/18/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana