UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH ROLLING CLOUD, | ) |
| Plaintiff, | ) |
| vs. | ) 1:06-cv-1330-SEB-VSS |
| J. DAVID DONAHUE, et al., | ) |
| Defendants. | ) |

# JUDGMENT

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 01/18/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kenneth Rolling Cloud
11918 Grabill Road
Leo, IN 46765